■ CORNING-PAINTED POST AREA SCHOOL DISTRICT, Respondent, v VILLAGE OF PAINTED POST, Appellant.—Order unanimously affirmed with costs for reasons stated in decision at Supreme Court, Finnerty, J. (Appeal from Order of Supreme Court, Steuben County, Finnerty, J.—Summary Judgment.) Present—Callahan, J. P., Denman, Boomer, Balio and Lowery, JJ.